Dismissed and Memorandum Opinion filed June 17, 2004









Dismissed and Memorandum Opinion filed June 17, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00347-CV

____________

 

ALMANARA WORLD CLASS RESTAURANT,
INC. a/k/a ALMANARA, INC., Appellant

 

V.

 

CASPIAN ENTERPRISES, INC. d/b/a
CASPIAN HOMES, Appellee

 



 

On Appeal from the 133rd District
Court

Harris County, Texas

Trial Court Cause No.
00-39497

 



 

M E M O R A N D U M  O
P I N I O N








This is an appeal from a judgment signed January 8,
2002.  This Court=s opinion issued on March 6,
2003.  On July 3, 2003, this Court
withdrew the opinion of March 6, 2003, and granted appellant=s motion for rehearing.  On the same date, this Court issued an order,
abating the appeal, and ordering the trial court to file a supplemental clerk=s record containing the order
granting nonsuit or a final judgment. 
The supplemental clerk=s record was filed on December 10, 2003.  On January 8, 2004, this Court ordered
appellant to file an amended brief based on the supplemental clerk=s record.  The appellant=s brief was due on February 9,
2004.  On February 25, 2004, appellant=s counsel moved to withdraw and this
Court granted the motion on March 11, 2004. 
No amended appellant=s brief was filed.

On May 13, 2004, appellee filed a motion to dismiss for want
of prosecution.  Appellant filed no
response.  

Appellee's motion is granted.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 17, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.